IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONCRETE DESIGN SPECIALTIES, INC.,

Plaintiff,

v.

PAUL C. NASVIK and
MILESTONES, INC.,

Defendants.

Civil Action No. 01-CV-1304 PAM/JGL

**STIPULATED AMENDMENT TO PRETRIAL SCHEDULING ORDER**

The parties are in the midst of settlement discussions, and are optimistic that a settlement may be reached in the next several weeks. Accordingly, the parties hereto, through their respective undersigned attorneys of record, do hereby stipulate and agree that the portion of the November 6, 2001 Pretrial Scheduling Order pertaining to the deadline for submitting expert reports be amended as follows:

The deadline for reports to be exchanged for which the parties have the burden of persuasion shall be extended from June 1, 2002 to July 15, 2002.

The deadline for rebuttal expert reports shall be extended from July 1, 2002 to August 15, 2002.

The deadline for expert discovery shall be September 1, 2002. The parties, under Local Rule 16.3, provide the following information:

1. Fact discovery and the exchange of expert reports and the taking of expert depositions remains to be completed.

2. The parties have each served and responded to initial sets of interrogatories and

FILED JUN 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

document requests. The parties have also each taken one deposition.

3. Fact discovery has not been completed, but is proceeding according to the Pretrial Scheduling Order. The parties wish to extend the deadlines for the exchange of expert reports to allow for meaningful settlement discussions to continue.

4. The completion of fact discovery would be completed by August 1, 2002 according to the Pretrial Schedule. The completion of expert discovery would be completed by September 1, 2002.

Respectfully submitted,

Dated: May 31, 2002

William F. McIntyre, Jr.

David Tellekson (MN ID #173,836)
William F. McIntyre, Jr. (MN ID # 307,555)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Dated: May 31, 2002

David R. Fairbairn (No. 28,125)
Alana T. Bergman (No. 285,158)
KINNEY & LANGE, P.A.
Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Telephone: (612) 339-1863
Facsimile: (612) 339-6580

Under the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: June 21, 2002

Paul A. Magnuson
United States District Court Judge