IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONCRETE DESIGN SPECIALTIES, INC.,

Plaintiff,

v.

PAUL C. NASVIK and
MILESTONES, INC.,

Defendants.

Civil Action No. 01-CV-1304 PAM/JGL RLE

**STIPULATED MOTION TO AMEND PRETRIAL SCHEDULING ORDER**

While the parties have been involved in meaningful, on-going settlement discussions, it does not appear at this time that settlement is imminent. Accordingly, the parties hereto, through their respective undersigned attorneys of record, do hereby move that the November 6, 2001 Pretrial Scheduling Order be amended as follows:

The deadline for Plaintiff's expert disclosures shall be extended from July 15, 2002 to September 1, 2002.

The deadline for Defendant's expert disclosures shall be extended from August 15, 2002 to October 1, 2002.

The period during which the parties may conduct discovery shall be extended from August 1, 2002 to October 1, 2002.

The deadline for expert discovery shall be extended from September 1, 2002 to November 1, 2002.

23 24

FILED JUL 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The deadline for having filed and served all non-dispositive motions shall be extended from prior to September 15, 2002 to prior to November 15, 2002.

The deadline for having served, filed, and fully briefed all dispositive motions shall be extended from prior to October 1, 2002 to prior to December 1, 2002.

The trial-ready date shall be extended from December 1, 2002 to February 1, 2003.

The parties, under Local Rule 16.3, provide the following information:

1. Discovery that remains to be completed: Fact discovery primarily relating to damages and the exchange of expert reports and the taking of expert depositions remains to be completed. In addition, Defendant's are still conducting discovery to determine the claims asserted and products and/or processes accused of infringement.

2. Discovery that has been completed: The parties have each served and responded to initial sets of interrogatories and document requests. Defendants have served a second set of interrogatories and document requests, and a first set of Requests for Admissions. The parties have also each taken one deposition. The parties are meeting and conferring regarding Plaintiff's responses to Defendant's initial sets of interrogatories and document requests.

3. Reasons all discovery has not been completed: Fact discovery has not been completed due to the on-going settlement discussions. However, at this time it appears that the parties will not be able to reach a settlement in the near future, as hoped at the time of the initial extension of expert reports. Accordingly, the parties request additional time to conclude fact discovery and prepare the expert reports, as well as to extend the remaining case deadlines out a corresponding two months so as not to have timing conflicts in the future.

4. Time necessary to complete discovery: The completion of expert reports would be extended an additional 45 days (in addition to the original 45-day extension), while all

other calendar deadlines, including that of fact discovery (to October 1, 2002) would be extended two months.

Respectfully submitted,

Dated: July 12, 2002

William F. McIntyre, Jr.

David Tellekson (MN ID #173,836)
William F. McIntyre, Jr. (MN ID # 307,555)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Dated: July 12, 2002

David R. Fairbairn (No. 28,125)
Alana T. Bergman (No. 285,158)
KINNEY & LANGE, P.A.
Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Telephone: (612) 339-1863
Facsimile: (612) 339-6580

Under the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: July 15, 2002

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson
United States Magistrate Judge