ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **Concrete Design Specialists, Inc.**, Plaintiff, v. **Paul C. Nasvik and Milestones, Inc.**, Defendants. | ) | Civil Action No. 01-CV-1304 (PAM/JGL) |

**STIPULATED MOTION TO AMEND PRETRIAL SCHEDULING ORDER**
AND ORDER

The principals of the parties have recently engaged in settlement negotiations. It is the Defendants' belief that settlement was reached on September 20, 2002. It is the Plaintiff's belief that settlement was not reached, but that settlement is reasonably likely to occur very soon. Both parties have agreed to schedule a settlement conference with Magistrate Judge Erickson, and are currently in the process of setting a date for such conference. Accordingly, the parties hereto, through their respective undersigned attorneys of record, do hereby move that the November 6, 2001, Pretrial Scheduling Order be amended as follows:

The deadline for defendants expert disclosures shall be extended from October 1, 2002, to two weeks after the settlement conference, should the settlement conference prove to be unsuccessful.

Fact discovery shall close as scheduled on October 1, 2002. However, Plaintiffs shall be allowed to reschedule the Rule 30(b)(6) Deposition and Deposition of Paul Nasvik originally noticed for September 23 and 24, 2002 but suspended by agreement of the parties. The

FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

depositions shall be rescheduled to occur after the settlement conference should the settlement conference prove to be unsuccessful and shall be at a time and date mutually agreed upon by the parties.

The deadline for expert discovery shall be extended from November 1, 2002 to six weeks after the settlement conference, should the settlement conference prove to be unsuccessful.

The deadline for all non-dispositive motions to be heard shall be extended from November 15, 2002, to eight weeks after the settlement conference, should the settlement conference prove to be unsuccessful.

The deadline for all dispositive motions to be heard shall be extended from December 1, 2002, to ten weeks after the settlement conference, should the settlement conference prove to be unsuccessful.

The parties, under Local Rule 16.3, provide the following information:

1. Discovery that remains to be completed: Discovery is complete except for the submission of Defendants' expert reports and two depositions noticed, but not yet conducted, by Plaintiffs. The deposition of expert witnesses by each party remain to be completed.

2. Discovery that has been completed: The parties have each served and responded to sets of interrogatories, document requests, and requests for admissions. The parties have also each taken one deposition.

3. Reasons all discovery has not been completed: Defendants have not prepared to submit their expert reports because Defendants believe the case reached settlement on September 20, 2002. The depositions noticed by Plaintiff did not occur due to the settlement discussions that were occurring between the parties. At this time, Defendants feel that settlement was reached, while Plaintiff believes that settlement is reasonably likely to occur. The parties

request additional time to schedule a settlement conference with the Magistrate to resolve these issues.

4. Time necessary to complete discovery: The completion of Defendants' expert reports would be extended for two weeks after the date of the settlement conference if it proves to be unsuccessful.

The depositions noticed by Plaintiffs would be rescheduled, if necessary, after the settlement conference to occur at a time and date mutually agreed upon by the parties.

The completion of expert discovery would be extended to six weeks after the settlement conference if it proves to be unsuccessful.

Respectfully submitted,

**ATTORNEYS FOR DEFENDANTS PAUL C. NASVIK and MILESTONES, INC.**

Dated: September 30, 2002

[signature]

David R. Fairbairn (No. 28,125)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Phone: (612) 339-1863
Fax: (612) 339-6580

Dated: September 30, 2002

William F. McIntyre, Jr.

David Tellekson (MN ID #173,836
William F. McIntyre, Jr. (MN ID #307,555)
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Fax: (612) 332-908

Under the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: October 1, 2002

[signature]

Paul A. Magnuson
United States District Court Judge