IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CONCRETE DESIGN SPECIALTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAUL C. NASVIK and<br>MILESTONES, INC.,<br><br>Defendants. | Civil Action No. 01-CV-1304 PAM/JGL |

**STIPULATED MOTION TO AMEND ORDER OF DISMISSAL**

While the parties are in the process of finalizing the Settlement Agreement, because Defendants' lead counsel, Mr. David Fairbairn, has been in trial and unavailable for the past several weeks, the parties hereto, through their respective undersigned attorneys of record, do hereby move that the October 25, 2002 Order of Dismissal be amended as follows:

The deadline for parties to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms shall be extended from December 9, 2002 to December 23, 2002.

This will allow the parties an additional ten days to finalize and file the Settlement

DEC 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Agreement with the Court now that Mr. Fairburn has completed his trial responsibilities.

Respectfully submitted,

Dated: December ____, 2002

William F. McIntyre, Jr.

David Tellekson (MN ID #173,836)
William F. McIntyre, Jr. (MN ID # 307,555)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Dated: December 5, 2002

David R. Fairbairn (No. 28,125)
Alana T. Bergman (No. 285,158)
KINNEY & LANGE, P.A.
Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Telephone: (612) 339-1863
Facsimile: (612) 339-6580

Under the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: December 7, 2002

Paul A. Magnuson
United States District Court Judge