ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **CONCRETE DESIGN SPECIALTIES, INC.,**<br>Plaintiff,<br>v.<br>**PAUL C. NASVIK AND MILESTONES, INC.,**<br>Defendants. | Civil Action No. 01-CV-1304 PAM/RLE |

**STIPULATED AMENDMENT OF BRIEFING SCHEDULE**

The above matter came before the Court for a Status Conference on January 14, 2003. In discussing the status of the case, Magistrate Judge Erickson requested that any opposition to Plaintiff's Motion to Reopen Civil Action or to Enforce Settlement Terms be filed by Defendants on January 22, 2003.

Counsel for the Parties have spoken via telephone on Friday, January 17, 2003, and after constructive discussion, agreed to revisions to the proposed Settlement Agreement. Late Friday night, Counsel for Defendants supplied Counsel for Plaintiff with a revised copy of a Settlement Agreement reflecting the discussed revisions. Because extra time was required for Plaintiff to review the Agreement, the parties agreed to extend the date of Defendants' response from January 22, 2003, to January 27, 2003.

On Friday, January 24, 2003, counsel for the parties spoke and Plaintiff offered a response to the latest draft of the Agreement. Late that same night, Defendants faxed a copy of the Settlement Agreement incorporating all of Plaintiff's suggested changes, with only minor differences. Plaintiffs require additional time to review the changes.

JAN 3 0 2003

As a result, the Parties agree that the deadline for Defendants submitting their brief on Plaintiff's motion shall be extended from January 24, 2003, to January 30, 2003. This will allow the Parties additional time to finalize and file the Settlement Agreement with the Court.

Respectfully submitted,

Dated: January 27, 2003

William F. McIntyre, Jr.

David Tellekson (MN ID #173,836)
William F. McIntyre, Jr. (MN ID # 307,555)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Dated: January _______, 2003

David R. Fairbairn (No. 28,125)
Paul P. Kempf (No. 239,215)
KINNEY & LANGE, P.A.
Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
Telephone: (612) 339-1863
Facsimile: (612) 339-6580

Under the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: 1/30/03

By: Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.