UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Concrete Design Specialties, Inc.,

Plaintiff,

vs.

ORDER

Paul C. Nasvik and Milestones, Inc.,

Defendants.

Civ. No. 01-1304 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiff's Motion to Reopen the Civil Action [Docket No. 30] is granted.

BY THE COURT:

Judge Paul A. Magnuson
United States District Court

DATED: August 29, 2003
At St. Paul, Minnesota

FILED AUG 2 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK