UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Concrete Design Specialties, Inc., a Minnesota Corporation,

Plaintiff,

v.

Paul C. Nasvik, an individual, and Milestones, Inc., a Wisconsin Corporation,

Defendants.

Civil Action No. 01-CV-1304 PAM/RLE

**STIPULATED MOTION TO EXTEND THE DEADLINE REGARDING SERVICE OF CLAIM CHARTS AND ORDER**

Plaintiff, Concrete Design Specialties, Inc. and Defendant, Paul C. Nasvik and Milestone, Inc., jointly move this Court for an Order extending the deadline set forth in the Pretrial Schedule entered by the Court on October 14, 2003 and the Order entered by the Court on November 3, 2003 regarding service of the claim charts and claim terms. Because settlement negotiations are ongoing, the parties have agreed that the following deadlines be changed as follows:

1. Deadline for Plaintiff to serve its Claim Chart was November 1, 2003 (See Pretrial Schedule), was extended until November 7, 2003 (See Order dated 11-03-03), and at which time the parties agreed to an extension of November 11, 2003. The parties now seek an extension to November 21, 2003.

2. Deadline for Defendants to serve its Claim Chart was November 21, 2003 (See Pretrial Schedule), and was extended until December 1, 2003 (See Order dated 11-03-03). The parties now seek an extension to December 5, 2003.

45

FILED NOV 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

3. Deadline for the parties to exchange a list of claim terms, phrases or clauses was December 1, 2003 (See Pretrial Schedule), and was extended until December 8, 2003 (See Order dated 11-03-03). The parties now seek an extension to December 15, 2003.

4. Deadline for the parties to submit the Joint Claim Construction Statement is December 15, 2003 (See Pretrial Schedule). The parties now seek an extension to January 1, 2004.

5. Deadline for the parties to complete Fact Discovery is December 1, 2003 (See Pretrial Schedule). The parties now seek an extension to January 1, 2004.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have until November 21, 2003 to serve its Claim Chart; Defendants shall have until December 5, 2003 to serve their Claim Chart; the parties shall have until December 15, 2003 to exchange a list of claims terms, phrases, or clauses; the parties shall have until January 1, 2004 to submit the Joint Claim Construction Statement; and the parties shall have until January 1, 2004 to complete Fact Discovery.

Dated: 11/12/03

By: William F. McIntyre, Jr.

Douglas J. Williams (#117,353)
William F. McIntyre, Jr. (#307,555)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 332-5300

**ATTORNEYS FOR PLAINTIFF**
**CONCRETE DESIGN SPECIALTIES, INC.**

Dated: 11/12/03

By: [signature]

David R. Fairbairn (No. 28,125)
Alana T. Bergman (No.285,158)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, Minnesota 55414
(612) 339-1863

**ATTORNEYS FOR DEFENDANTS PAUL C. NASVIK and MILESTONES, INC.**

## ORDER

Based on the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED:**

That Plaintiff shall have until November 21, 2003 to serve its Claim Chart; Defendants shall have until December 5, 2003 to serve their Claim Chart; the parties shall have until December 15, 2003 to exchange a list of claims terms, phrases, or clauses; the parties shall have until January 1, 2004 to submit the Joint Claim Construction Statement; and the parties shall have until January 1, 2004 to complete Fact Discovery.

Dated: November 18, 2003

[signature]
Raymond L. Erickson
United States Magistrate Judge

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate

share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.