UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Concrete Design Specialties, Inc., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Paul C. Nasvik, an individual, and Milestones, Inc., a Wisconsin Corporation,<br><br>Defendants. | Civil Action No. 01-CV-1304 PAM/RLE |

**STIPULATED MOTION TO EXTEND THE DEADLINE REGARDING SERVICE OF CLAIM CHARTS, DISCOVERY AND ORDER**

Plaintiff, Concrete Design Specialties, Inc. and Defendant, Paul C. Nasvik and Milestone, Inc., jointly move this Court for an Order extending the deadline set forth in the Pretrial Schedule entered by the Court on October 14, 2003, and subsequent Orders entered by the Court on November 3 and November 18, 2003 regarding service of the claim charts, claim terms and discovery. Because settlement negotiations are ongoing and proving productive, the parties have agreed that the following deadlines be changed as follows:

1. Deadline for Plaintiff to serve its Claim Chart was November 1, 2003 (See Pretrial Schedule), and has been extended until November 21, 2003 (See Order dated 11-18-03). The parties now seek an extension to December 12, 2003.

2. Deadline for Defendants to serve its Claim Chart was November 21, 2003 (See Pretrial Schedule), and has been extended until December 5, 2003 (See Order dated 11-18-03). The parties now seek an extension to December 31, 2003.

NOV 2 5 2003

JH

3. Deadline for the parties to exchange a list of claim terms, phrases or clauses was December 1, 2003 (See Pretrial Schedule), and has been extended until December 15, 2003 (See Order dated 11-18-03). The parties now seek an extension to January 9, 2004.

4. Deadline for the parties to submit the Joint Claim Construction Statement is December 15, 2003 (See Pretrial Schedule), and was extended until January 1, 2004. The parties now seek an extension to January 23, 2004.

5. Deadline for the parties to complete Fact Discovery is December 1, 2003 (See Pretrial Schedule), and was extended until January 1, 2004. The parties now seek an extension to January 23, 2004.

6. Deadline for the parties to amend the pleadings or add parties is January 1, 2004 (See Pretrial Schedule). The parties now seek an extension until January 23, 2004.

7. Deadline for Defendants to serve a Prior Art Statement is January 1, 2004 (See Pretrial Schedule). The parties now seek an extension until January 23, 2004.

8. Deadline for the Plaintiff to serve a Response to Defendant's Prior Art Statement is February 1, 2004 (See Pretrial Schedule). The parties now seek an extension until February 23, 2004.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have until December 12, 2003 to serve its Claim Chart; Defendants shall have until December 26, 2003 to serve their Claim Chart; the parties shall have until January 9, 2004 to exchange a list of claims terms, phrases, or clauses; the parties shall have until January 23, 2004 to submit the Joint Claim Construction Statement; and the parties shall have until January 23, 2004 to complete Fact Discovery; the parties shall have until January 23, 2004 to amend the pleadings or add parties;

Defendants shall have until January 23, 2004 to serve a Prior Art Statement; Plaintiff shall have until February 23, 2004 to serve a Response to Defendant's Prior Art Statement.

Dated: 11/20/03

By: William F. McIntyre, Jr.

Douglas J. Williams (#117,353)
William F. McIntyre, Jr. (#307,555)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 332-5300

**ATTORNEYS FOR PLAINTIFF CONCRETE DESIGN SPECIALTIES, INC.**

Dated: 11/20/03

By: [signature]

David R. Fairbairn (No. 28,125)
Alana T. Bergman (No.285,158)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, Minnesota 55414
(612) 339-1863

**ATTORNEYS FOR DEFENDANTS PAUL C. NASVIK and MILESTONES, INC.**

**ORDER**

Based on the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED:**

That Plaintiff shall have until December 12, 2003 to serve its Claim Chart; Defendants shall have until December 26, 2003 to serve their Claim Chart; the parties shall have until January 9, 2004 to exchange a list of claims terms, phrases, or clauses; the parties shall have until January 23, 2004 to submit the Joint Claim Construction Statement; and the parties shall have until January 23, 2004 to complete Fact Discovery; the parties shall have until January 23, 2004 to amend the pleadings or add parties; Defendants shall have until January 23, 2004 to serve a Prior Art Statement; Plaintiff shall have until February 23, 2004 to serve a Response to Defendant's Prior Art Statement.

Dated: 11/25/03

Raymond L. Erickson
United States Magistrate Judge