UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Concrete Design Specialties, Inc., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Paul C. Nasvik, an individual, and Milestones, Inc., a Wisconsin Corporation,<br><br>Defendants. | Civil Action No. 01-CV-1304 PAM/RLE |

**STIPULATED MOTION TO EXTEND THE DEADLINE REGARDING SERVICE OF CLAIM CHARTS** and ORDER

Plaintiff, Concrete Design Specialties, Inc. and Defendant, Paul C. Nasvik and Milestone, Inc., jointly move this Court for an Order extending the deadline set forth in the Pretrial Schedule entered by the Court on October 14, 2003, and subsequent Orders entered by the Court on November 3, November 18, November 25, and December 16, 2003 regarding service of Claim Charts. Because settlement negotiations are ongoing and proving productive, the parties have agreed that the following deadline be changed as follows:

1. Deadline for Plaintiff to serve its Claim Chart was November 1, 2003 (See Pretrial Schedule), and has been extended until December 19, 2003 (See Order dated 12-16-03). The parties now seek an extension to December 30, 2003.

2. Deadline for Defendants to serve its Claim Chart was November 21, 2003 (See Pretrial Schedule), and has been extended until January 7, 2004 (See Order dated 12-16-03). The parties now seek an extension to January 12, 2004.

48

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have until December 30, 2003 to serve its Claim Chart and Defendant's shall have until January 12, 2004 to serve its Claim Chart.

Dated: 12/19/03

By: William F. McIntyre, Jr.
Douglas J. Williams (#117,353)
William F. McIntyre, Jr. (#307,555)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 332-5300

**ATTORNEYS FOR PLAINTIFF CONCRETE DESIGN SPECIALTIES, INC.**

Dated: 12/19/03

By: ______
David R. Fairbairn (No. 28,125)
Alana T. Bergman (No.285,158)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, Minnesota 55414
(612) 339-1863

**ATTORNEYS FOR DEFENDANTS PAUL C. NASVIK and MILESTONES, INC.**

**ORDER**

Based on the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED:**

That Plaintiff shall until December 30, 2003 to serve its Claim Chart and Defendant's shall have until January 12, 2004 to serve its Claim Chart.

.

Dated: 12/22/03

Raymond L. Erickson
United States Magistrate Judge