ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **Concrete Design Specialties, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 01-CV-1304 PAM/RLE |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER FOR DISMISSAL** |
| **Paul C. Nasvik and Milestones, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

The parties have settled the above-captioned litigation pursuant to a Settlement Agreement signed December 31, 2003.

IT IS STIPULATED by the parties, through their respective counsel, that this action may be dismissed with prejudice and without any costs to any party.

IT IS FURTHER STIPULATED that an order to this effect may be entered without further notice.

DATED this 12th day of January, 2004

William F. McIntyre, Jr.
Douglas J. Williams (No. 117,353)
William F. McIntyre, Jr. (No. 307,555)
MERCHANT & GOULD
3200 IDS Center
38 South Eighth Street
Minneapolis, MN 55402-2215
ATTORNEYS FOR CONCRETE DESIGN SPECIALTIES, INC.

DATED this 12 day of January, 2004

David R. Fairbairn (No. 28,125)
Alana T. Bergman (No. 285,158)
KINNEY & LANGE, P.A.
The Kinney & Lange Building
312 South Third Street
Minneapolis, MN 55415-1002
ATTORNEYS FOR PAUL C. NASVIK AND MILESTONES, INC.

FILED JAN 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER FOR DISMISSAL**

Upon the attached stipulation of the parties,

IT IS ORDERED THAT this action is dismissed with prejudice and without any costs to any party. This Court shall retain jurisdiction for 90 days with respect to enforcement of the Settlement Agreement signed by the parties on December 31, 2003.

DATED this 13th day of January, 2004

Paul A. Magnuson
United States District Court Judge